## SYLVESTER TRAYLOR ET AL. *v.* STATE OF CONNECTICUT SUPERIOR COURT

The named plaintiff's petition for certification for appeal from the Appellate Court, 128 Conn. App. 182 (AC 31988), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Sylvester Traylor*, pro se, in support of the petition.

*Michael K. Skold*, assistant attorney general, and *John B. Farley*, in opposition.

Decided June 23, 2011

## DINA JAEGER *v.* CONNECTICUT SITING COUNCIL

The plaintiff's petition for certification for appeal from the Appellate Court, 128 Conn. App. 243 (AC 32137), is denied.

ROGERS, C. J., and EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Gabriel North Seymour*, in support of the petition.

*Robert L. Marconi*, assistant attorney general, *Bradford S. Babbitt* and *Kenneth C. Baldwin*, in opposition.

Decided June 23, 2011

## STATE OF CONNECTICUT *v.* CRAIG COPLEY

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 904 (AC 32179), is denied.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Toni M. Smith-Rosario,* senior assistant state's attorney, in opposition.

Decided June 23, 2011

STATE OF CONNECTICUT *v.* GABRIEL R. DIMECO III

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 198 (AC 32202), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*John R. Williams,* in support of the petition.

*Nancy L. Chupak,* senior assistant state's attorney, in opposition.

Decided June 23, 2011

IN RE SARAH O.

The petition by the respondent mother for certification for appeal from the Appellate Court, 128 Conn. App. 323 (AC 32449), is denied.

*Inez M. Diaz Galloza,* in support of the petition.

*Colleen B. Valentine,* assistant attorney general, in opposition.

Decided June 23, 2011

IN RE JUSTIN F.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 33234) is denied.

*Kimberly L.,* pro se, and *Anthony L.,* pro se, in support of the petition.

Decided June 23, 2011